FILED IN CHAMBERS
U.S.D.C. Rome

JUL 26 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL ACTION |
| v. | NO. 3:09-CR-04-RLV |
| JEFFREY WALLACE EDWARDS and FRONTIER HOLDINGS, INC., | |
| Defendants. | |

O R D E R

After carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 26th day of July, 2011.

_____
ROBERT L. VINING, JR.
Senior United States District Judge